NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.           Case No. 5:02-cr-68

Michael Bliss

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Monday, January 10, 2022 in Burlington, Vermont, before Honorable Geoffrey W. Crawford, District Judge, for a Status Conference.

Location: Courtroom 110        JEFFREY S. EATON, Clerk
                    By: */s/ Elizabeth S. Morris*
                    Deputy Clerk
                    1/7/2022

TO:

Barbara A. Masterson, AUSA

Office of Federal Public Defender

Sunnie Donath, Court Reporter